# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 377 |
| | : | |
| AMENDMENT OF RULES | : | MAGISTERIAL RULES DOCKET |
| GOVERNING STANDARDS OF | : | |
| CONDUCT OF MAGISTERIAL | : | |
| DISTRICT JUDGES | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2014, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 4.1, 4.2, 4.3 and 4.4 of the Rules Governing Standards of Conduct of Magisterial District Judges are amended in the attached form.

    To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. No. 103, the immediate promulgation of the amendments is found to be in the interests of justice and efficient administration.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendments herein shall be effective December 1, 2014.

Additions are shown in bold and are underlined.
Deletions are shown in bold and are bracketed.